UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax #732-528-4458

Order Filed on August 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Phillip K. Wagner, III

Case No.:  16-32083

Chapter:  13

Judge:  CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 14, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc C. Capone_____, the applicant, is allowed a fee of $ _____300.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____300.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____424.00_____ per month for _____26_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-32083-CMG
Philip K. Wagner, III                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Aug 14, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db         Philip K. Wagner, III,   606 Coolidge Ave,   Toms River, NJ   08753-7846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-2, U.S. Bank
          National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
          for U.S. Bank National Association, as Trustee of the Banc of America Funding Corporation (BAFC)
          2007-2 Trust nj_ecf_notices@buckleymadole.com
         Marc C. Capone    on behalf of Debtor Philip K. Wagner, III mcapone@caponeandkeefe.com,
          docs@caponeandkeefe.com
                                                                                                 TOTAL: 4