# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−32083−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip K. Wagner III
   606 Coolidge Ave
   Toms River, NJ 08753−7846

Social Security No.:
   xxx−xx−8219

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 15, 2017.

On 2/19/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:        March 21, 2018
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 20, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Philip K. Wagner, III  
    Debtor

Case No. 16-32083-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 20, 2018  
Form ID: 185    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
```
db              Philip K. Wagner, III,    606 Coolidge Ave,    Toms River, NJ  08753-7846
cr             +Specialized Loan Servicing LLC, as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
516507000       Phelan Hallinan, Diamond & Jones,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ  08054-3437
516507001       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
516507002       Seaview Orthopaedic,    1200 Eagle Ave,    Ocean, NJ  07712-7631
516507003       Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
                 Littleton, CO  80163-6005
516507004       Toms River Municipal Utilities Auth,    340 W Water St,    Toms River, NJ  08753-6533
516636968      +U.S. Bank N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516507005       Wells Fargo,    Attention: Bankruptcy MAC# X2303-01A,    PO Box 41169,
                 Des Moines, IA  50311-0503
516634737       Wells Fargo Bank,    POB 10438 MAC F8235-02F,    Des Moines, IA  50306-0438
516628990      +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls  SD 57104-0422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:42:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
516506998       E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2018 23:45:52     Credit One Bank NA,
                 PO Box 98873,    Las Vegas, NV  89193-8873
516636837       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2018 23:46:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516506999       E-mail/PDF: pa_dc_claims@navient.com Feb 20 2018 23:46:05     Navient,    Attn: Claims Dept,
                 PO Box 9500,    Wilkes Barre, PA  18773-9500
516543364       E-mail/PDF: pa_dc_litigation@navient.com Feb 20 2018 23:46:20
                 Navient Solutions, Inc. on behalf of    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
516668536      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 23:46:00     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
```
              Albert Russo   docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-2, U.S. Bank
               National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for U.S. Bank National Association, as Trustee of the Banc of America Funding Corporation (BAFC)
               2007-2 Trust nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Marc C. Capone    on behalf of Debtor Philip K. Wagner, III mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                              TOTAL: 4
```